IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO CABALLERO,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | § § § § § § § § § § § § | Civil Action No. 3:11-cv-1385-O |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, Defendant's Motion to Dismiss Plaintiff's Original Petition to Validate the Debt, which the Court elected to treat as a motion for summary judgment after giving the parties notice and a reasonable opportunity to present all material pertinent to the motion, should be and is hereby **GRANTED.**

SO ORDERED on this **5th day** of **December, 2011.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE