IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTONIO CABALLERO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-cv-1385-O |
| § | |
| WELLS FARGO BANK, N.A., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

The Court has issued its order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and granting Defendant's Motion to Dismiss Plaintiff's Original Petition to Validate the Debt, which the Court converted to a motion for summary judgment. This prior order disposed of all issues pending in this case. It is therefore **ORDERED, ADJUDGED, and DECREED** that the above-styled action is **DISMISSED** with prejudice.

**SO ORDERED** on this **5th day** of **December, 2011.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE